UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:05CR536 RWS |
| ) | |
| CHARLES JONES, ) | |
| JASON KYLE, ) | |
| THOMAS KYLE, and ) | |
| DALE ZEPP, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This matter is before me on Jason Kyle's objection to the Magistrate Judge's recommendation that Kyle's Motion to Sever be denied.

Pursuant to 28 U.S.C. § 636(b) Jason Kyle's Motion to Sever was referred to United States Magistrate Judge Thomas C. Mummert.

The defendants, including Jason Kyle, are charged in a 16-count indictment which alleges that they were involved in a scheme to defraud.

I have conducted a de novo review of the record filed by the parties. I adopt the thorough and thoughtful reasoning of Magistrate Judge Mummert.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's Motion to Sever is denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 26th day of January, 2006.